AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMMY A. CROWE,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-09-873**
**BE&K, Inc., et al.,**          **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed April 22, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 22, 2010         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk